UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO INC,<br><br>Plaintiff,<br><br>v.<br><br>MT HAWLEY INSURANCE COMPANY,<br><br>Defendant. | 26-cv-4662 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The parties shall submit a joint status update by September 18, 2026.

SO ORDERED.

Dated: September 10, 2026
New York, New York

Ronnie Abrams
United States District Judge