UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO INC,<br>Plaintiff,<br>v.<br>MT HAWLEY INSURANCE COMPANY,<br>Defendant. | 26-CV-4662 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On October 5, 2026, the Court ordered the parties to jointly propose a schedule for briefing on any anticipated motions by no later than October 12, 2026. *See* Dkt. 32. To date, no schedule has been proposed.

The parties shall jointly propose a briefing schedule no later than October 29, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 22, 2022
New York, New York

Ronnie Abrams
United States District Judge